FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP - 7 2016
JAMES W. McCORMACK, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:16CR00005 KGB |
| vs. | ) | |
| | ) | |
| JACK BANKS, aka JACK BANKS, JR | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. Prior to August 28, 2015, the defendant,

JACK BANKS, aka JACK BANKS, JR.,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for aggravated robbery, in criminal case 90-01629 on or about September 12, 1991;
2. In Pulaski County Circuit Court for manslaughter, in criminal case 91-01311 on or about September 12, 1991;
3. In Pulaski County Circuit Court for witness bribery, in criminal case CR1999-003592 on or about July 20, 2000;
4. In Pulaski County Circuit Court for possession of a controlled substance, in criminal case CR 2000-1547 on or about July 7, 2000;
5. In Pulaski County Circuit Court for perjury, in criminal case CR 2002-004143 on or about November 4, 2003;
6. In Pulaski County Circuit Court for possession of a controlled substance, in criminal case CR 2003-000815 on or about November 4, 2003;

7. In Pulaski County Circuit Court for theft by receiving, in criminal case CR 2004-000160 on or about May 12, 2004;

8. In Pulaski County Circuit Court for possession of firearms by certain person, in criminal case CR 2006-004929 on or about March 27, 2007;

9. In Pulaski County Circuit Court for theft by receiving, in criminal case CR 2010-0512 on or about July 28, 2010; and,

10. In Pulaski County Circuit Court for battery 2nd degree, in criminal case CR 2012-1206 on or about August 6, 2013.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about August 28, 2015, in the Eastern District of Arkansas, the defendant,

JACK BANKS, aka JACK BANKS, JR.,

did knowingly possess, in and affecting commerce:

a firearm, to wit: a High Standard, model 10, 12 gauge shotgun, with no serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1).

**COUNT 2**

A. Prior to March 3, 2016, the defendant,

JACK BANKS, aka JACK BANKS, JR.,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for aggravated robbery, in criminal case 90-01629 on or about September 12, 1991;

2. In Pulaski County Circuit Court for manslaughter, in criminal case 91-01311 on or about September 12, 1991;

3. In Pulaski County Circuit Court for witness bribery, in criminal case

CR1999-003592 on or about July 20, 2000;

4. In Pulaski County Circuit Court for possession of a controlled substance, in criminal case CR 2000-1547 on or about July 7, 2000;

5. In Pulaski County Circuit Court for perjury, in criminal case CR 2002-004143 on or about November 4, 2003;

6. In Pulaski County Circuit Court for possession of a controlled substance, in criminal case CR 2003-000815 on or about November 4, 2003;

7. In Pulaski County Circuit Court for theft by receiving, in criminal case CR 2004-000160 on or about May 12, 2004;

8. In Pulaski County Circuit Court for possession of firearms by certain person, in criminal case CR 2006-004929 on or about March 27, 2007;

9. In Pulaski County Circuit Court for theft by receiving, in criminal case CR 2010-0512 on or about July 28, 2010; and,

10. In Pulaski County Circuit Court for battery 2nd degree, in criminal case CR 2012-1206 on or about August 6, 2013.

B. The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C. On or about March 3, 2016, in the Eastern District of Arkansas, the defendant,

JACK BANKS, aka JACK BANKS, JR.,

did knowingly possess, in and affecting commerce:

a firearm, to wit: a Charter Arms, model Bulldog, .44 caliber revolver, bearing serial number 339542.

All in violation of Title 18, United States Code, Sections 922(g)(1).

[End of Text. Signature page attached.]